1  MARION I. QUESENBERY, SBN 072308
   R. JASON READ, SBN 117561
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
4  Facsimile:  (949) 752-0953
   E-mail: marion@rjlaw.com
5  E-mail: jason@rjlaw.com

6  Attorneys for Plaintiffs

7

8        IN THE UNITED STATES DISTRICT COURT

     FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

10  FRESH START ADVANTAGE, INC., a         CASE NO. C 08-03697 JSW
    corporation; FRESH KIST PRODUCE,
11  LLC, a limited liability company,       **ACKNOWLEDGMENT OF SERVICE**
                                            **OF COMPLAINT AND SUMMONS**
12                 Plaintiffs,

13        v.

14  JOHN D. TAMAGNI, an individual, and
    ROBERT ELLIOTT, an individual,
15
                   Defendants.
16

17        On behalf of Defendants John D. Tamagni and Robert Elliott, I am authorized to

18  accept and acknowledge – and I do accept and acknowledge – receipt of a copy of the

19  Complaint and Summons in this case, as valid service of these documents on Defendants.

20  I agree, on behalf of Defendants, that the deadline for responding to the Complaint will

21  be 20 days from the date (noted below) of this Acknowledgement of Service.

22        Defendants waive all defects (such as failure to personally serve the Complaint

    and Summons on Defendants), if any, in the service of the Complaint and Summons on

ACKNOWLEDGMENT OF SERVICE, Case No. C08-03697 JSW – Page 1

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1  Defendants and do not require or request personal service of these documents on

2  Defendants.

3                              JOHNSON & MONCRIEF
                              A Professional Corporation

4

5  Date:  August 15, 2008          By:   _____

6                                        PAUL W. MONCRIEF
                                        Attorneys for Defendants John D. Tamagni
                                        and Robert Elliott

7

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

From unknown    Page 5/5    Date 8/15/2008 8:30:37 AM

1  Defendants and do not require or request personal service of these documents on

2  Defendants.

3                                    JOHNSON & MONCRIEF
                                     A Professional Corporation

4

5  Date: August 15, 2008            By:  _____
                                          PAUL W. MONCRIEF
6                                         Attorneys for Defendants John D. Tamagni
                                          and Robert Elliott
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22